UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ANTHONY EDWARDS**, <br><br> Petitioner, <br><br> v. <br><br> **UNITED STATES OF AMERICA**, <br><br> Respondent. | 2:17-CR-20338-TGB-RSW-1 <br><br> HON. TERRENCE G. BERG <br><br> **ORDER DENYING MOTION TO APPOINT COUNSEL (ECF NOS. 64, 71); MOTION FOR STAY OF ABEYANCE (ECF NO. 65); MOTION FOR JUDGMENT OF DEFAULT (ECF NOS. 63, 70)** |

Petitioner Anthony Edwards pled guilty to charges of Felon in Possession of a Firearm; Possession with Intent to Distribute Controlled Substance; and Possession of a Firearm in Furtherance of Drug Trafficking. This Court sentenced Petitioner to a term of months of 104 months of imprisonment followed by 60 months of supervised release. On December 30, 2020, this Court denied Petitioner's motion to vacate sentence under 28 U.S.C. § 2255 (ECF No. 73). However, Petitioner had filed a series of motion's in conjunction with his §2255 motion including a motion to appoint counsel (ECF No. 64), motion for a stay of abeyance (ECF No. 65); motion for judgment of default (ECF No. 63); motion for judgment of default (ECF No. 70); and another motion for appointment of counsel (ECF No. 71). Because the Court has already entered an order

denying Petitioner's motion to vacate under § 2255, the Court **DENIES** the remaining motions (ECF Nos. 63, 64, 65, 70, and 71) as moot.

Alternatively, the Court would deny Petitioner's motions because he demonstrated his ability to identify and cogently advance his legal claims (*See Lavado v. Keohane*, 992 F.2d 601, 605-06 (6th Cir. 1993)), the Government received an extension and filed their response in a timely manner (*see* ECF No. 62), and Petitioner filed an additional letter with the Court asking that the stay of abeyance be removed (*see* ECF No. 68). Accordingly, even if the motions were not moot, the Court would deny the remaining motions.

## CONCLUSION

For the reasons stated above, it is **ORDERED AND ADJUDGED** that Petitioner's motion for judgment of default (ECF No. 63) be **DENIED**; motion to appoint counsel (ECF No. 64) be **DENIED**; motion for stay of abeyance (ECF No. 65) be **DENIED**; motion for judgment of default (ECF No. 70) be **DENIED**; and motion for appointment of counsel (ECF No. 71) be **DENIED**.

**SO ORDERED.**

Dated: February 10, 2021    s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE